USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS PEREZ,

                Plaintiff,

      - against -

CITY OF NEW YORK; COMMISSIONER MARTIN F. HORN;
CHIEF OF DEPARTMENT CAROLYN THOMAS; DEPUTY
COMMISSIONER RICHARD R. WHITE; ASSISTANT
DEPUTY WARDEN LABORIEL; CAPTAIN MARLO
DOUGLAS; OFFICER JAMES CARTER; OFFICER
ROSALYN WILKES; OFFICER CLAUDEL JOHN-PIERRE;
JOHN/JANE DOES 1 AND 2,

                Defendants.

**ORDER**

08-CV-7748 (RMB)

     IT IS HEREBY ORDERED that the Wardens and/or Superintendents at the Clinton Correctional Facility in Dannemora, New York, with custody over plaintiff Carlos Perez, Registration #07-A-1342, authorize and permit said inmate to participate in telephone conferences with his counsel, Steven M. Kayman and A. Nicole Spooner, as reasonably necessary, from the time of this Order until the final resolution of the above-captioned matter, *in accordance with prison regulations.*

Dated: New York, New York
       2/26, 2009

                                  Hon. Richard M. Berman, U.S.D.J.